IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KERN COUNTY PHARMACY COLLECTIVE, INC., | CASE NO. CV F 12-1292 LJO JLT |
| Plaintiff, | **ORDER TO DISMISS AND TO CLOSE ACTION** |
| vs. | (Doc. 11.) |
| COUNTY OF KERN, | |
| Defendant. / | |

Based on the parties' stipulation for dismissal under F.R.Civ.P. 41(a)(1)(A)(ii), this Court:

1. DISMISSES without prejudice this entire action and all claims;

2. VACATES all pending dates and matters, including the January 29, 2013 scheduling conference; and

3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated: January 28, 2013**     /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE

1